IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIRK MEICHER FRANCE,
        Defendant.

ORDER

Case No. 10-cr-179-bbc

---

The defendant in the above-entitled case has been:

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

____X____ convicted of the charge against him and has completed his term of imprisonment. Therefore, upon the consent of U.S. Probation, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: __11-10-11__.

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge